Decided October 13, 1994

DONALD LEVY *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 474 (AC 12238), is granted, limited to the following issue:

"Was direct evidence of discrimination presented to the hearing officer so as to require the hearing officer to shift the burden of proof to the defendant?"

The Supreme Court docket number is SC 15087.

*Jeffrey J. Mirman,* in support of the petition.

*Lynn D. Wittenbrink* and *Robert B. Hempstead,* in opposition.

Decided October 13, 1994